UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. TIMOTHY BLAIR,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SOURCEAMERICA, INC.,<br><br>　　　　　　　　Defendants. | No.  1:20-cv-01455-NONE-EPG<br><br>ORDER GRANTING MOTION TO SEAL COMPLAINT<br><br>(ECF No. 2) |

　　　Having considered Relator's request to seal documents (ECF No. 2), IT IS HEREBY ORDERED that the Complaint, and all other filings in this case, including the civil cover case sheet, the motion to seal, the proposed order to seal, and this order, and the entire case, shall remain under seal for sixty days and no service shall be made on Defendant until the Court so orders.

　　　The United States may, for good cause shown, move the Court for extensions of the time during which the complaint remains under seal. 31 U.S.C. § 3730(b)(2).

IT IS SO ORDERED.

　　Dated:   **October 16, 2020**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1