UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY BLAIR,<br><br>Plaintiff,<br><br>v.<br><br>SOURCEAMERICA, INC.,<br><br>Defendant. | No. 1:20-cv-01455-NONE-EPG<br><br>ORDER GRANTING EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE QUI TAM COMPLAINT<br><br>(ECF No. 4) |

On December 17, 2020, the United States filed an *ex parte* application for an extension of time to decide whether to intervene and for an extension of the seal on the *qui tam* complaint in this matter. (ECF No. 4). The United States filed a declaration of its counsel, stating that it has been investigating the matters alleged in the complaint and needs additional time to decide whether to intervene and that in the meantime the matter should remain sealed. The United States requests a six-month extension and states that the relator does not object to the extension. This is the first extension request from the United States. Finding good cause, the Court GRANTS the motion of the United States.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that the United States shall notify the Court of its decision regarding intervention no later than June 16, 2021, and the case shall remain sealed until further order of the Court.

IT IS SO ORDERED.

Dated: __**December 23, 2020**__         /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE