UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY BLAIR,<br><br>Plaintiff,<br><br>v.<br><br>SOURCEAMERICA, INC.,<br><br>Defendant. | Case No.   1:20-cv-01455-JLT-EPG<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>(ECF No. 21) |

    This matter is before the Court on the fifth extension request by the United States of the deadline to notify the Court of its decision regarding intervention in this qui tam lawsuit, and during which time the complaint and other filings in this action shall remain under seal. (ECF No. 21). As the Court noted in its last order granting an extension, because this case has been pending since October 14, 2020, it is reluctant to grant additional extensions and will thus set a status conference to address this further extension request. (ECF No. 19).

    Accordingly, IT IS ORDERED as follows:

1. A telephonic status conference is set for January 17, 2023, at 10:30 a.m. to discuss the fifth extension request.
2. To participate, each party shall dial 1-(888) 251-2909 and enter access code 1024453.
3. The Clerk of Court is respectfully directed to serve a copy of this order by mail on Assistant United States Attorney Emilia P. E. Morris (counsel for the United States) and Curtis Campbell Isacke (counsel for Timothy Blair).

4. The Court understands from the extension request that the United States has not disclosed all of its reasons for seeking an extension to Relator so as not to reveal the nature of its investigation into this matter. (ECF No. 21, p. 2, n. 1). The Court will require counsel for both Relator and the United States to appear at the conference but will give the United States the opportunity to provide specific reasons why Relator should be excused from certain portions of the conference.

5. The case shall remain sealed until further order of the Court.

IT IS SO ORDERED.

Dated:   **December 20, 2022**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE