UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY BLAIR,<br><br>           Plaintiff,<br><br>   v.<br><br>SOURCEAMERICA, INC.,<br><br>           Defendant. | No. 1:20-cv-01455-JLT-EPG<br><br>ORDER GRANTING EX PARTE APPLICATION FOR A FIFTH EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE QUI TAM COMPLAINT<br><br>(ECF No. 21) |

      On December 16, 2022, the United States filed an *ex parte* application for a fifth extension of time to decide whether to intervene and for an extension of the seal on the *qui tam* complaint in this matter. (ECF No. 21). In support, the United States filed a declaration of its counsel, stating that it has been investigating the matters alleged in the complaint, including conducting interviews, but needs additional time to decide whether to intervene and that, in the meantime, the matter should remain sealed. The United States requests a six-month extension and states that the Relator does not object to the extension.

      On January 24, 2023, the Court held a status conference regarding the application. (ECF No. 26). At the conference, counsel for the United States stated that the United States is actively working on the case and six months would be a realistic deadline to complete its investigation. Plaintiff's counsel stated that Plaintiff had no objection to the extension request.

Based on the application and representations by the parties at the conference, IT IS ORDERED as follows:

1. The Court GRANTS the *ex parte* application (ECF No. 21) of the United States.
2. The United States shall notify the Court of its decision regarding intervention no later than June 16, 2023.
3. The case shall remain sealed until further order of the Court.
4. The Clerk of Court is respectfully directed to serve a copy of this order by mail on Assistant United States Attorney Emilia Morris (counsel for the United States) and Curtis Isacke (counsel for Timothy Blair).
5. As this case has been pending since October 14, 2020, the Court is not inclined to grant any further extension requests.

IT IS SO ORDERED.

Dated: **January 24, 2023**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE