# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TIMOTHY BLAIR,<br><br>    Plaintiffs,<br><br>v.<br><br>SOURCEAMERICA, INC.,<br><br>    Defendant. | Case No.: 1:20-CV-1455 JLT EPG<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOLLOWING THE REQUEST OF DISMISSAL AND NOTICES OF CONSENT TO DISMISSAL BY THE UNITED STATES<br><br>(Docs. 31, 32) |

Timothy Blair filed a Notice of Voluntary for Dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  (Doc. 31.)  Under Rule 41, "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  Importantly, pursuant to the False Claims Act, "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."  31 U.S.C. § 3730(b)(1).  The United States of America filed a Notice of Consent to the requested dismissal on June 15, 2023.  (Doc. 32.)  Based upon the information provided—including the interest and consent of the Government— the Court finds dismissal to be appropriate. Accordingly, the Court **ORDERS**:

1. The Request for Dismissal by Timothy Blair (Doc. 32) is **GRANTED**.
2. The action is **DISMISSED** without prejudice.

///

1

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: __**July 5, 2023**__

_____
UNITED STATES DISTRICT JUDGE